IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)


TUMEQUA I. WEBB
 and TONY RAMBO,

                Plaintiffs,


v.

                              CIVIL NO. _____


KELVIN K. GIBSON, JR.

and

DIRECT INSURANCE COMPANY
1425 Peters Creek Parkway
Winston Salem, NC 27103

                Defendants,

SERVE:     KELVIN K. GIBSON, JR.
           COMMAND/AC3
           USS IWO JIMA LHD 7 V6
           NORFOLK NAVAL STATION
           1530 GILBERT STREET
           NORFOLK, VA 23508

           DIRECT INSURANCE COMPANY
           REGISTERED AGENT: CORPORATION SERVICE COMPANY
                             2626 GLENWOOD AVENUE, SUITE 550
                             RALEIGH, NC 27608


COMPLAINT

        COMES NOW the Plaintiffs, Tumequa I. Webb and Tony Rambo,

by counsel, and for their Complaint against the Defendants,

Kelvin K. Gibson, Jr. and Direct Insurance Company, doing

business as, Direct Auto Insurance, alleges and states:

PARTIES

1.    The  Plaintiffs  Tumequa  I.  Webb  and  Tony  Rambo
(hereinafter  referred  to  as  "Plaintiffs")  at  all  times  relevant
hereto,  are  adult  citizens  of  the  States  of  Tennessee  and
Virginia,  respectively  and  reside  in  the  City  of  Kingsport  and
Virginia  Beach,  respectively.

2.    The  Defendant,  Kelvin  K.  Gibson,  Jr.  (hereinafter
referred  to  as  "Defendant")  is  a  citizen  of  Louisiana,  county
unknown,  and  is  last  known  to  reside  at  COMMAND/AC3  USS  IWO  JIMA
LHD  7  V6,  Norfolk  Naval  Station,  1530  Gilbert  Street,  Norfolk,
VA  23508.  The  Defendant,  Direct  Insurance  Company,  doing
business  as,  Direct  Auto  Insurance,  is  a  corporation  doing
business  in  the  State  of  North  Carolina.

FACTS

3.    On  or  about  February  1,  2024,  the  Plaintiffs  were
occupants  of  automobile  being  lawfully  driven  northbound  on  a
roadway  on  Second  Street,  near  the  intersection  of  Cold  Storage
Road,  Naval  Station  Norfolk  in  Norfolk,  Virginia  with  the  road
and  weather  conditions  being  dry  and  clear,  and  no  hazardous
road  conditions.

4.    At  the  same  time  and  place,  the  Defendant  was
operating  an  automobile  northbound  on  a  roadway  on  Second
Street,  near  the  intersection  of  Cold  Storage  Road,  Naval
Station  Norfolk  in  Norfolk,  Virginia,  directly  behind  the

2

automobile occupied by the Plaintiffs. At said time and place, the Defendant was issued a summons following the accident for failure to possess a valid registration, following to closely, failure to possess valid insurance and driving while license suspended or revoked with previous notification.

5.    At the same time and place, the Defendant's automobile violently collided with the rear of the automobile occupied by the Plaintiffs causing the Plaintiffs sustained severe physical injuries to their necks, past, present and future pain and suffering, past, present and future mental anguish, loss of enjoyment of life's activities and temporary partial disability, loss wages, past, present and future medical bills and expenses, and property damage.

<u>CLAIMS</u>

6. The Defendant had a duty to keep Defendant's vehicle under control; to give full time and attention to the road; to keep a proper lookout; to reduce speed to avoid collision; to reasonable operate a vehicle under conditions existing; not drive in negligent manner and not to drive recklessly.

7. The Defendant breached the duties delineated hereinabove proximately causing or proximately contributing to the cause of the collision and Plaintiff's damages alleged herein.

3

<u>DEMAND FOR RELIEF</u>

8.  The Plaintiff prays for the following relief:

(1) Trial by jury;

(2) Judgment for Plaintiffs against Defendants;

(3) An award of damages, $25,000 for each Plaintiff, which will fully and fairly compensate Plaintiffs for their severe physical injuries, past, present and future pain and suffering, past, present and future mental anguish, loss of enjoyment of life's activities and temporary partial disability, loss wages, past, present and future medical bills and expenses, and property damage.

(4)  Such other and further relief deemed just and proper.

Respectfully Submitted,

TUMEQUA I. WEBB
 and TONY RAMBO, Plaintiffs


By:    /s/ Harry Dennis Harmon, Jr.
                Of Counsel


Harry Dennis Harmon, Jr., Esquire
Virginia State Bar No. 32395
Counsel for Plaintiffs
Janaf Office Building, Suite 202
5900 East Virginia Beach Boulevard
Norfolk, Virginia 23502-2487
Telephone No: (757) 623-2353
Facsimile No: (757) 623-2354
Email: harryharmonjr@gmail.com